AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| United States of America | ) |
| v. | ) |
| JOSE VALERO SANTANA (2) | ) Case No.  3:25-MJ-350-BK |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jose Valero Santana ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846, 841(a)(1) and (b)(1)(A)   Conspiracy to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance

Date:   04/14/2025 2:52 pm

*Issuing officer's signature*

City and state:   Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/14/25, and the person was arrested on *(date)* 04/23/25
at *(city and state)* Coppell, TX.

Date: 4/25/2025

*Arresting officer's signature*

Rachel Dawson, SA
*Printed name and title*

DEA

1179732b